AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

AUG - 1 2014

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Erika Janeth GARZA-Vasquez | ) | Case No. M-14-1486-M-02 |
| 1981 | ) | |
| MX | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2014__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(iii) | defendant did, knowing attempt to transport Jose Atilio ROMERO-Cabrera of Mexico, along with 2 other undocumented aliens who had entered, or remains in the United States in violation of law, did knowingly transport, move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is from a location in Rio Grande City, Texas to another location in Rio Grande City, Texas. |

This criminal complaint is based on these facts:

On July 31, 2014, DPS State Troopers observed Erika Janeth GARZA-Vasquez attempt to leave the Best Western Inn, in Rio Grande City with three undocumented aliens in her vehicle.

See Attachment A

☑ Continued on the attached sheet.

approved by
AUSA KAGR

_Complainant's signature_

Brian Chapa ICE Falcon Dam Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 1, 2014
8:58 am

_Judge's signature_

City and state: McAllen, Texas

Peter E Ormsby, U.S. Magistrate
*Printed name and title*

Case 7:14-mj-01486   Document 1   Filed in TXSD on 08/01/14   Page 2 of 4

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, Brian Chapa, Special Agent, United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On July 31, 2014, Department of Public Safety State Troopers encountered Erika GARZA-Vasquez attempting to leave the parking lot of the Best Western Hotel in Rio Grande City, Texas with three males. All four subjects were attempting to get into GARZA-Vasquez vehicle to leave the area. DPS Troopers suspected all four subjects were undocumented aliens and notified Border Patrol Agents. Border Patrol arrived on scene and determined all four subjects were undocumented aliens and took them into custody.

As short while later Border Patrol Agents conducted a vehicle stop on a blue Dodge Caravan in the Las Lomas area of Rio Grande City. The Caravan was occupied by Felipe GARCIA-Morales and Abigail Del Angel GARCIA, both identified as undocumented aliens who were currently living in the United States illegally. Del Angel GARCIA stated to Border Patrol Agents that GARCIA-Morales was housing undocumented aliens at a trailer near-by at 408 Chachalaca St and provided a detailed description of the trailer. Del Angel GARCIA described the trailer as being divided into four separate living quarters that were numbered 17-20 and that GARCIA-Morales was harboring aliens in #20. Border PATROL Agents conducted surveillance on the trailer and observed a truck arrive and 5 male subjects exit #18 and get into the truck. Border patrol agents stopped the vehicle and determined all the occupants were undocumented aliens. SA Chapa arrived at the trailer and along with the Agents approached 18 and 20. Agents knocked on the doors and identified themselves. The doors were opened and agents could plainly see inside that the rooms were loaded with people believed to be undocumented aliens. All subjects were order out of the rooms and were

determined to be undocumented aliens. All subjects were transported to the Border Patrol station for processing.

GARZA-Vasquez was interviewed and read the Miranda Warning to which she signed agreeing to speak to agents without having an attorney present.

GARZA-Vasquez stated she was asked by a friend Suzi to go to the Best Western Inn and pick up three males from room 213.

GARZA-Vasquez stated she was to call Suzi after she had the three males so she could know where to take them.

GARZA-Vasquez stated she was not being paid to pick up the males but she did know they were going to be undocumented aliens.

GARCIA-Morales was then interviewed and read the Miranda Warning to which he signed agreeing to speak to agents without having an attorney present.

GARCIA-Morales stated he has known GARZA-Vasquez for a long time and that he has hired her in the past to transport undocumented aliens.

GARCIA-Morales stated he also hired GARZA-Vasquez today to go the Best Western Inn to pick up the three undocumented aliens from room 213 and to take them to a trailer in the Las Lomas area.

GARCIA-Morales stated he was going to pay Del Angel GARCIA $130.00 to transport the UDA's from the Best Western Inn.

GARCIA-Morales stated he was also renting 408 Chachalaca St #20 from an unknown lady for $400.00 a month for the purpose of harboring UDA's.

GARCIA-Morales stated he allows other smugglers to house there UDA's at #20 for $20 a person.

GARCIA-Morales stated he was aware of the 24 UDA's Agents found at #20 and that he had been taking them food and drinks.

Jose Atilio ROMERO-Cabrera of El Salvador was identified as one of the UDA's that was to be transported by Del Angel GARCIA and positively identified her in a photo lineup. Alejandro AVILA-Cruz of Mexico and Wilber SANCHEZ-Hernandez of Mexico were identified as two of the UDA's found at #20 and positively identified GARCIA-MORALES as going to the trailer to take them food and drinks. ROMERO-Cabrera, AVILA-Cruz and SANCHEZ-Hernandez are material witnesses in this case and, being that they are citizens of Mexico and El Salvador it may be impractical to secure their presence by subpoena. As such they should be held as material witnesses in this case as they will be helping the case agent in identifying GARCIA-Morales and GARZA-Vasquez.